**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John A. Mitchell,            ) | No. CV-07-1041-PHX-FJM |
| Petitioner,   ) | **ORDER** |
| vs.                                 ) | |
| Dora B. Schriro, et al.,      ) | |
| Respondents.          ) | |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondents' answer (doc. 14), and the report and recommendation of the United States Magistrate Judge (doc. 15), dated April 28, 2008, which recommends that the petition be denied and dismissed with prejudice. In our order of May 14, 2008 (doc. 17), we granted petitioner's motion for an extension of time to file objections, allowing him to and including May 27, 2008. Petitioner has failed to file objections, and the time for filing them has expired. Therefore, we adopt the report and recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, **IT IS HEREBY ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

DATED this 6th day of June, 2008.

Frederick J. Martone
United States District Judge